UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

GLEN LAKE SALES & MARKETING, INC.

Plaintiff,

vs.

MOTT'S, INC., A DIVISION OF CADBURY SCHWEPPES, PLC

Defendant.

CASE TYPE: Other Civil

Court File No.: 01-1582 DWF/SRN

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

TO: Defendant Mott's Inc., by an through its attorneys, Dave Marshall, Fredrickson & Byron, P.A., 1100 International Centre, 900 Second Avenue South, Minneapolis, MN 55402-3397.

**STIPULATION**

IT IS HEREBY stipulated and agreed by and between Plaintiff and Defendant, that the Defendant be granted an extension of time until November 16, 2001 to file an Answer or otherwise respond to the Complaint pursuant to the Federal Rules of Civil Procedure.

Dated: 9/19/01

David Marshall (#0184457)
Fredrickson & Byron, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Attorney for Defendant

Dated: Sept. 18, 2001

By:
Michael D. Schwartz (#98164)
Travis D. Stottler (#0305728)
Attorney for Plaintiff
Chanhassen Financial Center
761 West 78th St., Suite 210
P.O. Box 219
Chanhassen, Minnesota 55317
(952) 937-5655

FILED SEP 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Upon the foregoing stipulation, and all of the papers, pleadings and proceedings, herein, IT IS HEREBY ORDERED that the above extension of time be granted pursuant to the Federal Rules of Civil Procedure.

BY THE COURT:

Dated: September 19, 2001

Susan Richard Nelson
Judge of United States District Court

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500