UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| GLEN LAKE SALES & MARKETING, INC.<br><br>Plaintiff<br><br>vs.<br><br>MOTT'S, INC., A DIVISION OF CADBURY SCHWEPPS, PLC<br><br>Defendant. | CASE TYPE: Other Civil<br><br>Court File No. 01-1582 DWF/SRN<br><br>**AMENDED STIPULATION AND ORDER FOR EXTENSION OF TIME** |

**STIPULATION**

IT IS HEREBY stipulated and agreed by and between plaintiff and defendant that the defendant be granted an extension of time until December 17, 2001 to file an Answer or otherwise respond to the Complaint, pursuant to the Federal Rules of Civil Procedure.

Dated: November 13, 2001

Michael Schwartz (#98164)
Travis D. Stottler (#0305728)
MICHAEL D. SCHWARTZ, P.A.
761 West 78th Street, Suite 210
P. O. Box 219
Chanhassen, MN 55317
Phone: 952/937-5655
Fax: 952/937-5855

ATTORNEYS FOR PLAINTIFF

FILED NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: November 12, 2001

David R. Marshall (#01844578)
Fredrikson & Byron, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Phone: 612/347-7154
Fax: 612/347-7077

ATTORNEYS FOR DEFENDANT

**ORDER**

Upon the foregoing stipulation, and all of the papers, pleadings and proceedings, herein, IT IS HEREBY ORDERED that the above extension of time be granted pursuant to the Federal Rules of Civil Procedure.

Dated: November 13, 2001

Susan Richard Nelson
Magistrate Judge of United States District Court

2581375\1