138942
RECEIVED
BY MAIL
JAN 09 2002
CLERK US DIST COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
District of Minnesota

PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1582 DWF/SRN
**Case Title:** Glen Lake Sales & Marketing, Inc. v. Mott's, Inc. a Division of Cadbury Schweppes, PLC

**Affidavit of Movant**

I, David R. Marshall, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Laura A. Brenner, an attorney admitted to practice in the Eastern District of Wisconsin, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff ( X ) defendant Mott's Inc. a Division of Cadbury Schweppes, PLC in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 184457 | 1/2/01 |
| **David R. Marshall** | **MN Attorney License #** | **Date** |

**Affidavit of Proposed Admittee**

I, Laura A. Brenner, am currently a member in good standing of the U.S. District Court for the Eastern District of Wisconsin, but not admitted to the bar of this court. I understanding that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| | | |
|---|---|---|
| Laura A. Brenner | [signature] Laura A. Brenner | 12-20-01 |
| **Type/Print Name** | **Signature** | **Date** |

NEW ADDRESS:

Reinhart, Boerner, Van Deuren, SC
PO Box 2965
1000 North Water Street
Milwaukee, Wisconsin 53201-2965

**Attorney License Number:** 1001857
**Law Firm:** Reinhart, Boerner, Van Deuren, Norris & Rieselbach, SC
**Suite/Bldg:** P O Box 514000
**Street Address:** 1000 North Water Street
**City State Zip:** Milwaukee, Wisconsin 53202
**Telephone:** (414) 298-1000

Motion Granted: [signature]
**For the Court: Francis E. Dosal, Clerk**

JAN 09 2002
**Date**

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______