UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

GLEN LAKE SALES & MARKETING

Plaintiff,

vs. Case No. 01-1582JEL/JGL

MOTT'S, INC., A DIVISION OF CADBURY SCHWEPPES,

Defendant.

---

**STIPULATION AND ORDER EXTENDING DEFENDANT'S EXPERT DISCLOSURE DEADLINE**

---

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

1. Pursuant to the Court's Pretrial Scheduling Order, the current deadline for defendant's expert disclosure is July 15, 2002.

2. The parties have been working diligently to schedule the depositions of key fact witnesses and have scheduled the depositions of certain representatives of the plaintiff for July 1-3, 2002.

3. In light of the foregoing, the parties wish to extend the deadline for defendant's expert disclosure as follows: Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made by defendant on or before July 31, 2002.

JUL 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 28, 2002

Michael D. Schwartz (#98164)
MICHAEL D. SCHWARTZ, P.A.
Chanhassen Financial Center
761 West 78th Street
Suite 201
P.O. Box 219
Chanhassen, MN 55317
Telephone: 952/937-5655
FAX: 952/937-5855

ATTORNEYS FOR PLAINTIFF GLEN LAKE SALES & MARKETING, INC.

Dated: June 24, 2002

James J. Eichholz
WI Sate Bar ID No. 1022235
REINHART BOERNER VAN DEUREN S.C.
1000 North Water Street
Suite 2100
Milwaukee, WI 53202
Telephone: 414/298-1000
FAX: 414/298-8097

David R. Marshall (#184457)
Gregory E. Karpenko (#286473)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Telephone: 612/347-7000
FAX: 612/347-7077

ATTORNEYS FOR DEFENDANT MOTT'S, INC., A DIVISION OF CADBURY SCHWEPPES, PLC.

SO ORDERED:

Dated: July 8, 2002

Magistrate Judge Jonathan G. Lebedoff

#2669149\1