UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

GLEN LAKE SALES & MARKETING, INC.,

Plaintiff,

vs. Case No. 01-1582 (JEL/JGL)

MOTT'S, INC.,
A DIVISION OF CADBURY SCHWEPPES plc,

Defendant.

**STIPULATED MOTION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the parties to the above-entitled action, through the undersigned counsel, as follows:

1. The Court issued the Pretrial Scheduling Order in this matter on February 11, 2002. The original Scheduling Order provided for the following pertinent deadlines:

(a) October 1, 2002. All discovery shall be commenced in time to be completed by this date.

(b) October 15, 2002. All non-dispositive motions (not including motions to amend the pleadings or add parties) shall be served and filed by this date.

(c) December 1, 2002. All dispositive motions shall be served and

FILED SEP 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

filed by this date.

(d) February 1, 2003. Date by which the case shall be ready for trial (JURY).

2. Since that time, the parties have been actively involved in discovery activities, including the issuance by both parties of interrogatories and requests for production of documents. In addition, five depositions have already been taken and four more have recently been noticed for September 26 and 27, 2002.

3. Lead counsel for defendant Mott's, Inc.'s ("Mott's") is Laura A. Brenner, from the firm of Reinhart Boerner Van Deuren, s.c., located in Milwaukee, Wisconsin. Mott's local counsel in Minnesota is David R. Marshall, from the firm of Fredrikson & Byron, P.A. To date, the firm of Reinhart Boerner has conducted the litigation almost exclusively from Wisconsin, utilizing Fredrikson & Byron in a supporting role only.

4. Since August 21, 2002, Ms. Brenner has been attending to the terminal illness of her father, which illness arose suddenly. Mr. Brenner passed away on Sunday, September 8, 2002. The requirements of Mr. Brenner's final illness occupied Ms. Brenner full time since August 21 and will continue through the funeral at the end of this week. Ms. Brenner has been primarily responsible for discovery and trial preparation on behalf of Mott's, and her father's unexpected illness and death has delayed the parties' ability to schedule and complete the remaining depositions that each side desires to take prior to the close of discovery.

5. If Ms. Brenner is able to return to the office during the week of September 16, 2002, the remaining two weeks of discovery under the Scheduling Order will not be sufficient to prepare for and adequately conduct the remaining four depositions, which depositions will require Ms. Brenner to travel to Connecticut and Minnesota. Further, should these depositions reveal additional persons that either side would need to depose, there will not be enough time to do so under the current scheduling order.

6. Therefore, because the Scheduling Order cannot be met despite the diligence of the parties, good cause exists to modify the Pretrial Scheduling Order as follows:

Discovery/Non-dispositive Motions

| | |
|---|---|
| November 1, 2002 | All discovery shall be commenced in time to be completed by this date (formerly October 1, 2002). |
| November 15, 2002 | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by this date. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2 (formerly October 15, 2002). |

Dispositive Motions/Trial

| | |
|---|---|
| January 3, 2003 | All dispositive motions shall be served and filed by this date. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1 (formerly December 1, 2002). |
| March 1, 2003 | This case shall be ready for trial (JURY) by this date or upon resolution of any pending |

dispositive motion (formerly February 1, 2003). The parties estimate that trial of this Jury matter will take 5 days.

Dated: September 10, 2002

Michael D. Schwartz (#98164)
Travis D. Stottler (#305728)
Andrew A. Dean (#315096)
MICHAEL D. SCHWARTZ, P.A.
Chanhassen Financial Center
761 W. 78th Street, Suite 210
P.O. Box 219
Chanhassen, MN 55317
(952) 937-5655

ATTORNEYS FOR GLEN LAKE SALES & MARKETING, INC.

Dated: September 9, 2002

Laura A. Brenner (Wis. Bar #1001857)
James J. Eichholz (Wis. Bar #1022235)
REINHART BOERNER VAN DEUREN s.c.
1000 North Water Street
P.O. Box 2965
Milwaukee, WI 53201
Phone: 414-298-1000
Fax: 414-298-8097

AND

David R. Marshall (# 0184457)
Gregory E. Karpenko (#286473)
FREDRIKSON & BYRON, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
Phone: 612-492-7000
Fax: 612-492-7077

ATTORNEYS FOR MOTT'S, INC.

# ORDER

**IT IS SO ORDERED.**

Date: Sept 14, 2002

Honorable Jonathan Lebedoff
Chief Magistrate District Judge, District Court of Minnesota

MW\897572