UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

GLEN LAKE SALES & MARKETING, INC.,

Plaintiff,

vs. Case No. 01-1582 (JEL/JGL)

MOTT'S, INC.,
A DIVISION OF CADBURY SCHWEPPES plc,

Defendant.

---

**STIPULATED MOTION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the parties to the above-entitled action, through the undersigned counsel, as follows:

1. The Court previously modified the original Pretrial Scheduling Order in this matter on September 14, 2002. The modified Pretrial Scheduling Order provided for the following pertinent deadlines:

Discovery/Non-dispositive Motions

| | |
|---|---|
| November 1, 2002 | All discovery shall be commenced in time to be completed by this date (formerly October 1, 2002). |
| November 15, 2002 | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by this date. All non-dispositive motions shall be scheduled, filed and served in compliance |

FILED ... 1 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | |
|---|---|
| | with Local Rules 7.1, 37.1 and 37.2 (formerly October 15, 2002). |

<u>Dispositive Motions/Trial</u>

| | |
|---|---|
| January 3, 2003 | All dispositive motions shall be served and filed by this date. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1 (formerly December 1, 2002). |
| March 1, 2003 | This case shall be ready for trial (JURY) by this date or upon resolution of any pending dispositive motion (formerly February 1, 2003). The parties estimate that trial of this Jury matter will take 5 days. |

2. Since that time, the parties have continued with discovery, including the service by plaintiff on defendant of its second set of requests for production of documents, and the service by defendant on plaintiff of its third set of interrogatories and third set of requests for production of documents.

3. In an effort to avoid furthers costs and attorneys fees conducting discovery, the parties have suspended an additional five discovery depositions and scheduled a mediation session for late October or early November, 2002, depending upon mediator availability. In any event, the parties intend to conduct mediation no later than the end of November.

4. Therefore, because the current Scheduling Order cannot be met despite the diligence of the parties, good cause exists to modify the Pretrial Scheduling Order as follows:

Discovery/Non-dispositive Motions

| | |
|---|---|
| January 3, 2003 | All discovery shall be commenced in time to be completed by this date (formerly October 1, 2002). |
| January 15, 2003 | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by this date. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2 (formerly October 15, 2002). |

Dispositive Motions/Trial

| | |
|---|---|
| March 3, 2003 | All dispositive motions shall be served and filed by this date. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1 (formerly January 3, 2003). |
| May 1, 2003 | This case shall be ready for trial (JURY) by this date or upon resolution of any pending dispositive motion (formerly March 1, 2003). The parties estimate that trial of this Jury matter will take 5 days. |

Dated: October _____, 2002

_________________________________

Michael D. Schwartz (#98164)
Travis D. Stottler (#305728)
Andrew A. Dean (#315096)
SCHWARTZ, STOTTLER & DEAN P.A.
Chanhassen Financial Center
761 W. 78th Street, Suite 210
P.O. Box 219
Chanhassen, MN 55317
(952) 937-5655

ATTORNEYS FOR GLEN LAKE SALES & MARKETING, INC.

Discovery/Non-dispositive Motions

| | |
|---|---|
| January 3, 2003 | All discovery shall be commenced in time to be completed by this date (formerly October 1, 2002). |
| January 15, 2003 | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by this date. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2 (formerly October 15, 2002). |

Dispositive Motions/Trial

| | |
|---|---|
| March 3, 2003 | All dispositive motions shall be served and filed by this date. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1 (formerly January 3, 2003). |
| May 1, 2003 | This case shall be ready for trial (JURY) by this date or upon resolution of any pending dispositive motion (formerly March 1, 2003). The parties estimate that trial of this Jury matter will take 5 days. |

Dated: October 15, 2002

Michael D. Schwartz (#98164)
Travis D. Stottler (#305728)
Andrew A. Dean (#315096)
SCHWARTZ, STOTTLER & DEAN P.A.
Chanhassen Financial Center
761 W. 78th Street, Suite 210
P.O. Box 219
Chanhassen, MN 55317
(952) 937-5655

ATTORNEYS FOR GLEN LAKE SALES & MARKETING, INC.

Dated: October 16, 2002

David R. Marshall (# 0184457)
Gregory E. Karpenko (#286473)
FREDRIKSON & BYRON, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
Phone: 612-492-7000
Fax: 612-492-7077

AND

Laura A. Brenner (Wis. Bar #1001857)
James J. Eichholz (Wis. Bar #1022235)
REINHART BOERNER VAN DEUREN s.c.
1000 North Water Street
P.O. Box 2965
Milwaukee, WI 53201
Phone: 414-298-1000
Fax: 414-298-8097

ATTORNEYS FOR MOTT'S, INC.

MW\909586

**ORDER**

**IT IS SO ORDERED.**

Date: Oct 16, 2002

Honorable Jonathan Lebedoff
Chief Magistrate District Judge, District Court of Minnesota

MW\909586