UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| GLEN LAKE SALES & MARKETING, INC.<br><br>Plaintiff,<br><br>vs<br><br>MOTT'S, INC., A DIVISION OF CADBURY SCHWEPPES, PLC<br><br>Defendant. | CASE TYPE: Other Civil<br><br>Court File No.: 01-CV-1582 JEL/JGL<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Glen Lake Sales & Marketing, Inc., plaintiff in the above captioned matter, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment of the United States District Court summarily dismissing the claims of Glen Lake Sales & Marketing, Inc. that was entered into on the twenty-second day of July, 2003.

Dated August 21, 2003

Michael D. Schwartz, for

SCHWARTZ & DEAN, P.A.

Michael D. Schwartz (#98164)
Andrew A. Dean (#315096)
Chanhassen Financial Center
761 West 78th Street, Suite 210
P.O. Box 219
Chanhassen, MN 55317-0219
(952) 937-5655
(952) 937-5855

FILED AUG 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK